```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14174
   MELISSA M WESTMORELAND
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-6112
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/07/07 and confirmed on 11/28/07.

    2.  The case was converted to Chapter 7 after confirmation, 03/07/2008.

    3.  The Debtor paid a total of $   2050.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 1043.00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 15695.00 | 481.90 | 568.64 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OTTOSEN TREVARTHEN BRITZ | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 115.14 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16738.00 | .00 | 115.14 | .00 | 16853.14 |
| PRINCIPAL PAID | 568.64 | .00 | .00 | .00 | 568.64 |
| INTEREST PAID | 481.90 | .00 | .00 | .00 | 481.90 |
| TOTAL PAID | 1050.54 | .00 | .00 | .00 | 1050.54 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   3500.00
and was paid $    57.00   direct and $    660.66   through the plan.

The Trustee received $     88.80 .

Refunds to the Debtor totaled $    250.00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 06/26/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 07 B 14174 MELISSA M WESTMORELAND